USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ESQUIRE TRADE AND FINANCE, INC., et al.,

                        Plaintiffs

- against -

CBQ, INC.,

                        Defendants.

------------------------------------------------------------x

03 Civ. 9650 (RMB) (KNF)

**ADMINISTRATIVE ORDER**

The parties are hereby directed to appear with principals before the Court at a status/settlement conference on June 1, 2009 at 9:00 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

The parties are directed to engage in good faith settlement negotiations prior to the conference with the Court.

**SO ORDERED**.

Dated: New York, New York
         May 18, 2009

_____
**Richard M. Berman, U.S.D.J.**